# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mihm, Michael M. | Central District of Illinois | 5/4/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 204 Federal Building 100 N.E. Monroe Peoria, IL 61602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Abraham Lincoln Inns of Court - Peoria |
| 2. Board of Directors | Forest Park Foundation - Peoria |
| 3. Board of Directors | U.S. Russia Foundation for Economic Advancement & Rule of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Mihm, Michael M.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2010. (Cont. Part VIII) | $12,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Russian Foundation for Economic Advancement & Rule of Law | 01/12/2010-01/15/2010 | Beverly Hills, CA | Board Meeting | Transportation, loding, food, misc. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/4/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | AXA Elite Annuity (see explanation Part VIII) | A | Dividend | L | T | | | | | |
| 2. | Morgan Stanley ▓▓ Nationwide Elite Venue IRA (See Part 8) | A | Dividend | K | T | | | | | |
| 3. | Morgan Stanley Active Fund Solutions IRA See exp. Part VIII | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 4. | Morgan Stanley Active Asset Money Trust and Money Market | A | Interest | | | Sold | 11/23/10 | K | A | |
| 5. | Southside Bank Savings | A | Interest | J | T | | | | | |
| 6. | Southside Bank Savings ▓▓ See exp. Part VIII) | | None | K | T | | | | | |
| 7. | U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 8. | U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 9. | U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 10. | U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 11. | Allianz CCM Mid CAPA M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 12. | Seligman Large Cap Val A | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 13. | Davis Real Estate A M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 14. | Fidelity Adv Dvrsfd Int A M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 15. | American GR FD of America F M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 16. | Perkins Mid Cap Value Inv | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 17. | Pimco Total Return A M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vitrus Multi-Sector S/T BD A (fka Phoenix MultiSector M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 19. RS Partners Fund A M/F | | None | | | Sold | 07/30/10 | J | A | |
| 20. T Rowe Price Eqi-Inc Adv M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 21. Lazard Emerging Markets M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 22. Thornburg Int. Value A M/F | A | Dividend | | | Sold | 07/30/10 | J | A | |
| 23. Legg Mason PRTNRS IN-TRM Munic C (See exp. part VIII) | A | Interest | K | T | Buy | 11/23/10 | K | | |
| 24. New York Life Insurance Whole Life (See exp. part VIII) | A | Dividend | J | T | | | | | |
| 25. EQ/PIMCO Ultra | A | Dividend | J | T | | | | | |
| 26. EQ/Int. Core Plus | A | Dividend | J | T | | | | | |
| 27. EQ/Cap. Guardian Research | A | Dividend | J | T | | | | | |
| 28. EQ/Equity Growth Plus | A | Dividend | J | T | | | | | |
| 29. EQ/Gamco Small Cp. Value | A | Dividend | J | T | | | | | |
| 30. EQ/Gamco Merger Acquisit | A | Dividend | J | T | | | | | |
| 31. EQ/Mid Cap Val Plus | A | Dividend | J | T | | | | | |
| 32. EQ/Van Kampen Comstock | A | Dividend | J | T | | | | | |
| 33. NW NVIT Inv. Dest. Moda ggR2 | A | Dividend | J | T | | | | | |
| 34. MVA/GTO 5 year | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Southside Bank Savings Acct. | A | Interest | J | T | | | | | |
| 36.   Sentinel Gout Security | A | Interest | K | T | Buy | 08/16/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continued explanation from Part III-A, line I - Courses taught January and August. Vacation time was used. $6,000 for January session, $6,000 for August session.

Part VII - line I - AXA Elite Annuity is invested 9 mutual funds - those are now listed in Part VII, lines 25-32. No change from last year.

Part VII - line 2 - Morgan Stanley ▓▓▓ Nationwide Venue IRA. Two Mutual funds in IRA. I didn't list them before. They are now listed on lines 33 & 34. No change from last year.

Part VII - line 3 - Morgan Stanley Fund solutions IRA. The mutual fund in which the IRA are invested are listed on lines 11-22. All sold 7/30/2010. Proceeds combined with liquidation of my government Thrift Savings Plan and placed into Roth IRA listed at line 36, after paying income taxes.

Part VII - line 4 - Proceeds from this sale were used to purchase the Municipal Bond in line 23.

Part VII - line 5 - South Side Savings Bank ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Part VII - line 23 - Proceeds from sale of line 4 asset used to purchase municipal bond.

Part VII - line 24 - New York Life Insurance Whole Life Policies. Have had these policies for many years. Dividends used to pay part of inerest on the debt of the policies.

Part VII - line 35 - Savings account to receive social security checks ▓▓▓▓▓▓▓▓ Forgot to report opening in June of 2008.

Part VII - line 36 - Roth IRA opened with proceeds from sale of mutual funds line 11-21, plus proceeds from cash out of government Thrift Savings Plan. Income taxes paid at time of creation of Roth IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/4/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Michael M. Mihm

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544